UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
Vicoff II Trust, et al.,

                        Plaintiff,

        -against-                        **ORDER REGULATING PROCEEDINGS**

John Hancock Life Ins. Co. of NY.,           19 Civ. 11093 (AKH)

                      Defendants.
-------------------------------------------------------x

ALVIN K. HELLERSTEIN, UNITED STATES DISTRICT JUDGE:

        The parties are hereby ordered to appear for a telephonic conference on Friday, April 24, 2020, at 10:00 a.m., which conference will be held via the following call-in number:

        Call-in number: 888-363-4749
        Access code: 7518680

To ensure that the hearing proceeds smoothly and to avoid disruption, the Court directs all those calling in (other than counsel) to mute their telephones.

        Finally, no later than Thursday, April 23, 2020, at 11:00 a.m., the parties shall jointly submit to the Court (via the email address: HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record at the telephonic argument.

        SO ORDERED.

Dated:     New York, New York
            April 21, 2020

                                                  ALVIN K. HELLERSTEIN, U.S.D.J.