**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VICOF II TRUST; VIDA LONGEVITY FUND, LP; WELLS FARGO BANK, NATIONAL ASSOCIATION, as securities intermediary for VICOF II TRUST and VIDA LONGEVITY FUND, LP; and PF PARTICIPATION FUNDING TRUST,<br><br>          Plaintiffs,<br><br>    v.<br><br>JOHN HANCOCK LIFE INSURANCE COMPANY OF NEW YORK,<br><br>          Defendant. | Case No. 1:19-cv-11093-AKH |

## ORDER GRANTING PLAINTIFFS' MOTION TO FILE UNDER SEAL PORTIONS OF THE DISCOVERY DISPUTE LETTER DATED AUGUST 11, 2021

This Order addresses the sealed discovery dispute letter dated August 11, 2021, which was filed in redacted form, and the attached Exhibits 2, 4-8, and 10-17, which were filed in redacted form or entirely under seal.  The proposed sealed documents refer to or contain information that one or more persons have designated Confidential pursuant the Stipulated Confidentiality Agreement and Protective Order issued by the Court on May 28, 2020 ("Protective Order") (ECF No. 34). Pursuant to Paragraphs 10-11 of the Protective Order, such material must initially be filed under seal, after which time the parties will have twenty-one days to move to maintain that material, or a portion thereof, under seal.

The request to file portions of the August 11, 2021 discovery dispute letter, ECF No. 62, and attached Exhibits 2, 4-8, and 10-17 under seal is **GRANTED.** The parties claiming that the documents placed under seal should be maintained under seal have until September 1, 2021 to move for the continued sealing of the documents.
    **IT IS SO ORDERED.**


Dated: August _20_, 2021

					/s/ Alvin K. Hellerstein
					_____
					THE HONORABLE ALVIN K. HELLERSTEIN
					U.S. DISTRICT COURT JUDGE