UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICOF II TRUST; VIDA LONGEVITY FUND, LP; WELLS FARGO BANK, NATIONAL ASSOCIATION, as securities intermediary for VICOF II TRUST and VIDA LONGEVITY FUND, LP; and PF PARTICIPATION FUNDING TRUST,<br><br>                   Plaintiffs,<br>  v.<br><br>JOHN HANCOCK LIFE INSURANCE COMPANY OF NEW YORK,<br>                   Defendant. | Civil Action No. 1:19-cv-11093 (AKH) |

**ORDER REGARDING MOTION TO MAINTAIN UNDER
SEAL PORTIONS OF THE PARTIES' JOINT DISCOVERY LETTER AND
ATTACHED EXHIBITS CONTAINING COMMERCIALLY SENSITIVE
CONFIDENTIAL INFORMATION**

Pursuant to Paragraph 10 and 11 of the May 28, 2020 Court-approved Stipulated Confidentiality Agreement and Protective Order, ECF No. 34 (the "Protective Order"), and Rule 4(B) of the Individual Rules of the Honorable Alvin K. Hellerstein, Defendant John Hancock Life Insurance Company of New York ("John Hancock") hereby moves to maintain under seal Exhibits A and 5 to the Parties' August 25, 2021 joint discovery letter and those portions of the joint discovery letter redacted in the copy of the joint discovery letter filed under seal as ECF No. 75.

For the reasons set forth in John Hancock's Motion and accompanying Memorandum of Law, John Hancock's motion to maintain under seal Exhibits A and 5 to the Parties' August 25, 2021 joint discovery letter and those portions of the letter that quote or paraphrase either of those

exhibits, as reflected in the proposed redacted version of the joint discovery letter filed under seal as ECF No. 75, is **GRANTED**.

**IT IS SO ORDERED.**

Dated: 9/14/21

/s/ Alvin K. Hellerstein
THE HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE