```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
                                                                :
VICOF II TRUST; VIDA LONGEVITY FUND,                            :
LP; WELLS FARGO BANK, NATIONAL                                  :     ORDER SETTING HEARING
ASSOCIATION, as securities intermediary for                     :
VICOF II TRUST and VIDA LONGEVITY                               :     19 Civ. 11093 (AKH)
FUND, LP; and PF PARTICIPATION FUNDING                          :     20 Civ. 4258 (AKH)
TRUST,                                                          :     20 Civ. 4256 (AKH)
                                                                :
                           Plaintiffs,                          :
        -against-                                               :
                                                                :
JOHN HANCOCK LIFE INSURANCE                                     :
COMPANY OF NEW YORK,                                            :
                                                                :
                           Defendant.                           :
--------------------------------------------------------------- X
                                                                :
EFG BANK AG, CAYMAN BRANCH; and                                 :
WELLS FARGO BANK, NATIONAL                                      :
ASSOCIATION, as securities intermediary for                     :
EFG BANK AG, CAYMAN BRANCH,                                     :
                                                                :
                           Plaintiffs,                          :
        -against-                                               :
                                                                :
JOHN HANCOCK LIFE INSURANCE                                     :
COMPANY (USA),                                                  :
                                                                :
                           Defendant.                           :
                                                                X
---------------------------------------------------------------
                                                                :
VICOF II TRUST; VIDA LONGEVITY FUND,                            :
LP; LIFE ASSETS TRUST II S.A. DELAWARE                          :
TRUST; VIDAQUANT SUBFUND DELAWARE                               :
TRUST; VIDA INSURANCE FUND II SERIES                            :
INTERESTS OF THE SALI MULTI-SERIES                              :
FUND, LP; WELLS FARGO BANK, NATIONAL                            :
ASSOCIATION, as securities intermediary for                     :
VICOF II TRUST, VIDA LONGEVITY FUND,                            :
LP, LIFE ASSETS TRUST II S.A. DELAWARE                          :
TRUST, VIDAQUAND SUBFUND DELAWARE                               :
TRUST, and VIDA INSURANCE FUND II                               :
```

```
SERIES INTERESTS OF THE SALI MULTI-      :
SERIES FUND, LP; DLP MASTER TRUST; DLP   :
MASTER TRUST II; GWG DLP MASTER          :
TRUST; LIFE FUNDING TRUST; PF            :
PARTICIPATION FUNDING TRUST; and PALM    :
BEACH SETTLEMENT COMPANY,                :
                                         :
                        Plaintiffs,      :
        -against-                        :
                                         :
JOHN HANCOCK LIFE INSURANCE              :
COMPANY (USA),                           :
                                         :
                        Defendant.       :
------------------------------------------ X
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

The Court will hear the discovery dispute on October 13, 2021 at 2:30 p.m., Courtroom 14D.

Counsel are cautioned that the Court does not accept letter applications or oppositions, except in conformity with my Individual Rule 2E or the Federal Rules of Civil Procedure.

SO ORDERED.

Dated:   October 8, 2021           /s/ Alvin K. Hellerstein
         New York, New York        ALVIN K. HELLERSTEIN
                                   United States District Judge