```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
VICOF II TRUST; VIDA LONGEVITY FUND,                           :
LP; WELLS FARGO BANK, NATIONAL                                 :
ASSOCIATION, as securities intermediary for                    :
VICOF II TRUST and VIDA LONGEVITY                              :
FUND, LP; and PF PARTICIPATION FUNDING                         :
TRUST,                                                         :
                                                               :  ORDER REGULATING
                              Plaintiffs,                      :  PROCEEDINGS
      -against-                                                :
                                                               :  19 Civ. 11093 (AKH)
JOHN HANCOCK LIFE INSURANCE                                    :  20 Civ. 4256 (AKH)
COMPANY OF NEW YORK,                                           :
                                                               :
                                                               :
                              Defendant.                       :
-------------------------------------------------------------- X
                                                               :
VICOF II TRUST; VIDA LONGEVITY FUND,                           :
LP; LIFE ASSETS TRUST II S.A. DELAWARE                         :
TRUST; VIDAQUANT SUBFUND DELAWARE                              :
TRUST; VIDA INSURANCE FUND II SERIES                           :
INTERESTS OF THE SALI MULTI-SERIES                             :
FUND, LP; WELLS FARGO BANK, NATIONAL                           :
ASSOCIATION, as securities intermediary for                    :
VICOF II TRUST, VIDA LONGEVITY FUND,                           :
LP, LIFE ASSETS TRUST II S.A. DELAWARE                         :
TRUST, VIDAQUAND SUBFUND DELAWARE                              :
TRUST, and VIDA INSURANCE FUND II                              :
SERIES INTERESTS OF THE SALI MULTI-                            :
SERIES FUND, LP; DLP MASTER TRUST; DLP                         :
MASTER TRUST II; GWG DLP MASTER                                :
TRUST; LIFE FUNDING TRUST; PF                                  :
PARTICIPATION FUNDING TRUST; and PALM                          :
BEACH SETTLEMENT COMPANY,                                      :
                                                               :
                              Plaintiffs,                      :
      -against-                                                :
                                                               :
                                                               :
JOHN HANCOCK LIFE INSURANCE                                    :
COMPANY (USA),                                                 :
                                                               :
                              Defendant.                       :
-------------------------------------------------------------- X
```

1

ALVIN K. HELLERSTEIN, U.S.D.J.:

The status conference scheduled for December 3, 2021 is hereby adjourned to January 5, 2022, at 2:30 p.m., in Courtroom 14D.

SO ORDERED.

Dated:  November 29, 2021                              /s/ Alvin K. Hellerstein
        New York, New York                        ALVIN K. HELLERSTEIN
                                                  United States District Judge