UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
   :
   :
VICOF II TRUST; VIDA LONGEVITY FUND,  :
LP; WELLS FARGO BANK, NATIONAL  :
ASSOCIATION, as securities intermediary for  :
VICOF II TRUST and VIDA LONGEVITY  :
FUND, LP; and PF PARTICIPATION FUNDING  :
TRUST,  :
   :
               Plaintiffs,  :
    -against-  :
   :
JOHN HANCOCK LIFE INSURANCE  :
COMPANY OF NEW YORK,  :
   :
               Defendant.  :
------------------------------------------------------------- X
   :
   :
EFG BANK AG, CAYMAN BRANCH; and  :
WELLS FARGO BANK, NATIONAL  :
ASSOCIATION, as securities intermediary for  :
EFG BANK AG, CAYMAN BRANCH,  :
   :
               Plaintiffs,  :
    -against-  :
   :
JOHN HANCOCK LIFE INSURANCE  :
COMPANY (USA),  :
   :
               Defendant.  :
   X
-------------------------------------------------------------
   :
VICOF II TRUST; VIDA LONGEVITY FUND,  :
LP; LIFE ASSETS TRUST II S.A. DELAWARE  :
TRUST; VIDAQUANT SUBFUND DELAWARE  :
TRUST; VIDA INSURANCE FUND II SERIES  :
INTERESTS OF THE SALI MULTI-SERIES  :
FUND, LP; WELLS FARGO BANK, NATIONAL  :
ASSOCIATION, as securities intermediary for  :
VICOF II TRUST, VIDA LONGEVITY FUND,  :
LP, LIFE ASSETS TRUST II S.A. DELAWARE  :
TRUST, VIDAQUAND SUBFUND DELAWARE  :
TRUST, and VIDA INSURANCE FUND II  :

**ORDER REGULATING
PROCEEDINGS**

19 Civ. 11093 (AKH)
20 Civ. 4256 (AKH)
20 Civ. 4258 (AKH)

1

SERIES INTERESTS OF THE SALI MULTI-      :
SERIES FUND, LP; DLP MASTER TRUST; DLP   :
MASTER TRUST II; GWG DLP MASTER          :
TRUST; LIFE FUNDING TRUST; PF            :
PARTICIPATION FUNDING TRUST; and PALM    :
BEACH SETTLEMENT COMPANY,                :
                                         :
                            Plaintiffs,  :
          -against-                      :
                                         :
JOHN HANCOCK LIFE INSURANCE              :
COMPANY (USA),                           :
                                         :
                            Defendant.   :
----------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

On October 14, 2021, I issued an order, instructing Plaintiffs in the above-captioned cases ("the private actions") to file a single amended consolidated complaint, (ECF No. 99). Plaintiffs filed such complaint on November 12, 2021 (ECF No. 102).

The cases are hereby ordered consolidated under Docket No. 19-CV-11093. All future filings hereafter shall be filed only in Docket No. 19-CV-11093. The Clerk of Court shall not accept filings in any other docket numbers.

All pending disputes shall be argued and resolved at the status conference on January 5, 2022, at 2:30 p.m. The conference will be on the record, and all parties shall appear in person, in Courtroom 14D.

The Clerk of Court shall file this Order in all related cases, including 20-CV-4256 and 20-CV-4258.

SO ORDERED.

Dated:      December 1, 2021                    ___/s/ Alvin K. Hellerstein___
            New York, New York                  ALVIN K. HELLERSTEIN
                                                United States District Judge