UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
VICOF II TRUST; VIDA LONGEVITY FUND, LP; WELLS FARGO BANK, NATIONAL ASSOCIATION, as securities intermediary for VICOF II TRUST and VIDA LONGEVITY FUND, LP; PF PARTICIPATION FUNDING TRUST, LIFE ASSETS TRUST II S.A. DELAWARE TRUST; VIDAQUANT SUBFUND DELAWARE TRUST; VIDA INSURANCE FUND II SERIES INTERESTS OF THE SALI MULTI-SERIES FUND, LP; WELLS FARGO BANK, NATIONAL ASSOCIATION, as securities intermediary for VICOF II TRUST, VIDA LONGEVITY FUND, LP, LIFE ASSETS TRUST II S.A. DELAWARE TRUST, VIDAQUAND SUBFUND DELAWARE TRUST, and VIDA INSURANCE FUND II SERIES INTERESTS OF THE SALI MULTI-SERIES FUND, LP; DLP MASTER TRUST; DLP MASTER TRUST II; GWG DLP MASTER TRUST; LIFE FUNDING TRUST; PF PARTICIPATION FUNDING TRUST; PALM BEACH SETTLEMENT COMPANY; EFG BANK AG, CAYMAN BRANCH; and WELLS FARGO BANK, NATIONAL ASSOCIATION, as securities intermediary for EFG BANK AG, CAYMAN BRANCH, et al.,

         Plaintiffs

 -against-

JOHN HANCOCK LIFE INSURANCE COMPANY OF NEW YORK, and JOHN HANCOCK LIFE INSURANCE COMPANY (USA),

         Defendants.
---------------------------------------------------------------- x

**ORDER GRANTING MOTIONS TO SEAL**

19 Civ. 11093 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The motions to seal in the above-captioned matter (ECF Nos. 103, 116, 125, 130, 142) are granted.  The Clerk of Court shall terminate the motions.

        SO ORDERED.

Dated:     January 6, 2022               /s/ Alvin K. Hellerstein  
            New York, New York        ALVIN K. HELLERSTEIN  
                                                  United States District Judge