UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
VICOF II TRUST; VIDA LONGEVITY FUND, :
LP; WELLS FARGO BANK, NATIONAL :
ASSOCIATION, as securities intermediary for : **ORDER DENYING LETTER**
VICOF II TRUST and VIDA LONGEVITY : **MOTION TO COMPEL**
FUND, LP; PF PARTICIPATION FUNDING : **PRODUCTION**
TRUST, LIFE ASSETS TRUST II S.A. :
DELAWARE TRUST; VIDAQUANT SUBFUND : 19 Civ. 11093 (AKH)
DELAWARE TRUST; VIDA INSURANCE FUND :
II SERIES INTERESTS OF THE SALI MULTI- :
SERIES FUND, LP; WELLS FARGO BANK, :
NATIONAL ASSOCIATION, as securities :
intermediary for VICOF II TRUST, VIDA :
LONGEVITY FUND, LP, LIFE ASSETS TRUST :
II S.A. DELAWARE TRUST, VIDAQUAND :
SUBFUND DELAWARE TRUST, and VIDA :
INSURANCE FUND II SERIES INTERESTS OF :
THE SALI MULTI-SERIES FUND, LP; DLP :
MASTER TRUST; DLP MASTER TRUST II; :
GWG DLP MASTER TRUST; LIFE FUNDING :
TRUST; PF PARTICIPATION FUNDING :
TRUST; PALM BEACH SETTLEMENT :
COMPANY; EFG BANK AG, CAYMAN :
BRANCH; and WELLS FARGO BANK, :
NATIONAL ASSOCIATION, as securities :
intermediary for EFG BANK AG, CAYMAN :
BRANCH, et al., :
                                                               :
                                          Plaintiffs :
                                                               :
         -against-                                     :
                                                               :
JOHN HANCOCK LIFE INSURANCE :
COMPANY OF NEW YORK, and JOHN :
HANCOCK LIFE INSURANCE COMPANY :
(USA), :
                                                               :
                                          Defendants. :
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The letter motion to compel production of documents is denied.  The Clerk of Court shall terminate the motion (ECF No. 119).

      SO ORDERED.

Dated:     January 6, 2022           /s/ Alvin K. Hellerstein
           New York, New York      ALVIN K. HELLERSTEIN
                                       United States District Judge