# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICOF II TRUST; VIDA LONGEVITY FUND, LP; WELLS FARGO BANK, NATIONAL ASSOCIATION, as securities intermediary for VICOF II TRUST and VIDA LONGEVITY FUND, LP; and PF PARTICIPATION FUNDING TRUST,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>JOHN HANCOCK LIFE INSURANCE COMPANY OF NEW YORK,<br>　　　　　　　　Defendant. | Index No.<br>19-cv-11093 (AKH) |
| VICOF II TRUST; VIDA LONGEVITY FUND, LP; LIFE ASSETS TRUST II S.A. DELAWARE TRUST; VIDAQUANT SUBFUND DELAWARE TRUST; VIDA INSURANCE FUND II SERIES INTERESTS OF THE SALI MULTI-SERIES FUND, LP; WELLS FARGO BANK, NATIONAL ASSOCIATION, as securities intermediary for VICOF II TRUST, VIDA LONGEVITY FUND, LP, LIFE ASSETS TRUST II S.A. DELAWARE TRUST, VIDAQUANT SUBFUND DELAWARE TRUST, and VIDA INSURANCE FUND II SERIES INTERESTS OF THE SALI MULTI-SERIES FUND, LP; DLP MASTER TRUST; DLP MASTER TRUST II; GWG DLP MASTER TRUST, LIFE FUNDING TRUST; PF PARTICIPATION FUNDING TRUST; and PALM BEACH SETTLEMENT COMPANY,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.),<br>　　　　　　　　Defendant. | |

EFG BANK AG, CAYMAN BRANCH; and WELLS FARGO BANK, NATIONAL ASSOCIATION, as securities intermediary for EFG BANK AG, CAYMAN BRANCH,

                                Plaintiffs,

    v.

JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.),

                                Defendant.

## ORDER REGARDING VIDA PLAINTIFFS' SOLD POLICIES

On February 14, 2022, Plaintiffs VICOF II Trust, Vida Longevity Fund, LP, and Vidaquant Sub-Fund Delaware Trust (together, "Vida Plaintiffs") and Defendants John Hancock Life Insurance Company of New York and John Hancock Life Insurance Company (U.S.A.) (together, "Defendants") advised the Court that the Vida Plaintiffs have withdrawn with prejudice any claims or damages as to—and solely as to—the 21 sold policies (the "Sold Policies") identified in Plaintiffs' Amended and Consolidated Complaint (Dkt. No. 102).[1] The Vida Plaintiffs' claims as to the 21 Sold Policies are **DISMISSED WITH PREJUDICE**.

The Clerk of Court shall terminate ECF No. 164.

**IT IS SO ORDERED.**

Dated: February 15, 2022

                                                    /s/ Alvin K. Hellerstein
                                                    Hon. Alvin K. Hellerstein
                                                    U.S. District Judge

---

[1] The Sold Policies are Policy Nos. 1200378, 93875979, 94193604, 1204979, 1202867, 1203029, 1203695, 1217443, 93443638, 93506590, 93605368, 93862431, 93967396, 93994457, 94177094, 93714061, 93766673, 93719300, 93720050, 94009917, and 94010824. *See* Plaintiffs' Amended and Consolidated Complaint (ECF No. 102) at ¶ 11 fn. 2, ¶ 12 fn. 3, and ¶ 14 fn. 4.

1