# DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF MOTION *IN LIMINE* NO. 7 TO PRECLUDE EVIDENCE AND ARGUMENT REGARDING STRATEGIC INITIATIVES

## Filed Under Seal