# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICOF II TRUST; VIDA LONGEVITY FUND, LP; WELLS FARGO BANK, NATIONAL ASSOCIATION, as securities intermediary for VICOF II TRUST and VIDA LONGEVITY FUND, LP; and PF PARTICIPATION FUNDING TRUST,<br><br>        Plaintiffs,<br><br>        v.<br><br>JOHN HANCOCK LIFE INSURANCE COMPANY OF NEW YORK,<br><br>        Defendant. | Index No. 19-cv-11093 (AKH) |
| VICOF II TRUST; VIDA LONGEVITY FUND, LP; LIFE ASSETS TRUST II S.A. DELAWARE TRUST; VIDAQUANT SUBFUND DELAWARE TRUST; VIDA INSURANCE FUND II SERIES INTERESTS OF THE SALI MULTI-SERIES FUND, LP; WELLS FARGO BANK, NATIONAL ASSOCIATION, as securities intermediary for VICOF II TRUST, VIDA LONGEVITY FUND, LP, LIFE ASSETS TRUST II S.A. DELAWARE TRUST, VIDAQUANT SUBFUND DELAWARE TRUST, and VIDA INSURANCE FUND II SERIES INTERESTS OF THE SALI MULTI-SERIES FUND, LP; DLP MASTER TRUST; DLP MASTER TRUST II; GWG DLP MASTER TRUST LIFE FUNDING TRUST; PF PARTICIPATION FUNDING TRUST; and PALM BEACH SETTLEMENT COMPANY,<br><br>        Plaintiffs,<br><br>        v.<br><br>JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.), | |

|  |
|---|
| Defendant. |
| EFG BANK AG, CAYMAN BRANCH; and WELLS FARGO BANK, NATIONAL ASSOCIATION, as securities intermediary for EFG BANK AG, CAYMAN BRANCH, <br><br> Plaintiffs, <br><br> v. <br><br> JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.), <br><br> Defendant. |

## ORDER GRANTING THE VIDA FUNDS' MOTION FOR CONTINUED SEALING OF PORTIONS OF AN EXHIBIT FILED IN SUPPORT OF JOHN HANCOCK'S MOTIONS *IN LIMINE*

On February 17, 2023, pursuant to Rule 4.A and 4.B.ii of this Court's Individual Rules of Practice ("Rules"), Paragraph 10 of the Stipulated Confidentiality Agreement and Protective Order entered in the above-captioned case (ECF No. 34) ("Protective Order"), and applicable law, Plaintiffs VICOF II Trust, Vida Longevity Fund, LP, Life Assets Trust II S.A. Delaware Trust, Vidaquant Sub-Fund Delaware Trust, and Vida Insurance Fund II Series Interests of the SALI Multi-Series Fund, LP (collectively, the "Vida Funds"), moved the Court to authorize the sealing of portions of Exhibit B to the Declaration of Matthew T. Martens ("Martens Declaration") filed in support of the motions *in limine* filed by Defendants John Hancock Life Insurance Company (U.S.A.) and John Hancock Life Insurance Company of New York (together, "John Hancock" or "Defendants").

For the reasons set forth in the Vida Funds' Motion and the Declaration of Stephen Kirkwood submitted in support thereof, the Vida Funds' Motion for Continued Sealing of Portions of an Exhibit Filed in Support of John Hancock's Motions *in Limine* is GRANTED.

1

2

**IT IS SO ORDERED.**

Dated: February 23, 2023

/s/ Alvin Hellerstein

HON. ALVIN K. HELLERSTEIN
U.S. DISTRICT COURT JUDGE

2