# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

VICOF II TRUST; VIDA LONGEVITY FUND, LP;
WELLS FARO BANK, NATIONAL
ASSOCIATION, as securities intermediary for
VICOF II TRUST and VIDA LONGEVITY FUND,
LP; and PF PARTICIPATION FUNDING TRUST,

                   Plaintiffs,

    v.

JOHN HANCOCK LIFE INSURANCE COMPANY
OF NEW YORK,

                   Defendant.

Index No. 19-cv-11093 (AKH)

---

VICOF II TRUST; VIDA LONGEVITY FUND, LP;
LIFE ASSETS TRUST II S.A. DELAWARE TRUST;
VIDAQUANT SUBFUND DELAWARE TRUST;
VIDA INSURANCE FUND II SERIES INTERESTS
OF THE SALI MULTI-SERIES FUND, LP; WELLS
FARGO BANK, NATIONAL ASSOCIATION, as
securities intermediary for VICOF II TRUST, VIDA
LONGEVITY FUND, LP, LIFE ASSETS TRUST II
S.A. DELAWARE TRUST, VIDAQUANT
SUBFUND DELAWARE TRUST, and VIDA
INSURANCE FUND II SERIES INTERESTS OF
THE SALI MULTI-SERIES FUND, LP; DLP
MASTER TRUST; DLP MASTER TRUST II; GWG
DLP MASTER TRUST LIFE FUNDING TRUST; PF
PARTICIPATION FUNDING TRUST; and PALM
BEACH SETTLEMENT COMPANY,

                   Plaintiffs,

    v.

JOHN HANCOCK LIFE INSURANCE COMPANY
(U.S.A.),

                   Defendant.

EFG BANK AG, CAYMAN BRANCH; and WELLS
FARGO BANK, NATIONAL ASSOCIATION, as
securities intermediary for EFG BANK AG,
CAYMAN BRANCH,

                                Plaintiffs,

    v.

JOHN HANCOCK LIFE INSURANCE COMPANY
(U.S.A.),

                                Defendant.

**[PROPOSED] ORDER REGARDING DEFENDANTS'**
**MOTION FOR CONTINUED SEALING**

Pursuant to the May 28, 2020 Court-approved Stipulated Confidentiality Agreement and Protective Order, ECF No. 34 (the "Protective Order"), and Rule 4(B) of the Individual Rules of the Honorable Alvin K. Hellerstein, Defendants John Hancock Life Insurance Company of New York and John Hancock Life Insurance Company (U.S.A.) ("John Hancock") move to maintain under seal or in redacted form materials identified in Exhibits 1, 2, and 3 hereto and attached, respectively, to: (i) the Declaration of Khai LeQuang in Opposition to John Hancock's Motions *in Limine* Nos. 1-11; (ii) the Declaration of Richard W. Krebs in Support of Plaintiffs' Opposition to John Hancock's Renewed Motion for Summary Judgment; and (iii) the Declaration of Larry Stern in Support of Plaintiffs' Opposition to John Hancock's Renewed Motion for Summary Judgment.

For the reasons set forth in John Hancock's Memorandum of Law and the Declaration of Zahir Bhanji, John Hancock's motion is **GRANTED**.

**IT IS SO ORDERED.**

Dated: March 13, 2023            /s/ Alvin Hellerstein
_____
THE HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT 1**

| LeQuang Decl. Exhibit | Description | Sealing Treatment |
|---|---|---|
| 78 | Redacted Portions of Expert Report of Timothy Pfeifer | Redactions to this Exhibit are approved consistent with this Court's prior sealing orders.  *See* ECF Nos. 195, 215. |
| 79 | Excerpts of Transcript of Deposition of Faisel Gulamhussein | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential pricing parameters and product management practices. |
| 80 | Excerpts of Transcript of 30(b)(6) Deposition of Zahir Bhanji | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential pricing parameters and product management practices. |
| 81 | John Hancock Internal Policy Document | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential pricing parameters and product management practices. |
| 87 | Excerpts of Transcript of January 19, 2021 Deposition of Geoff Gittins | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential product management practices. |
| 88 | Excerpts of Transcript of Deposition of Catherine Murphy | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential product management practices. |
| 89 | Excerpts of Transcript of January 15, 2021 Deposition of Geoff Gittins | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential product management practices. |
| 90 | Product Management Presentation | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential product management practices. |

| LeQuang Decl. Exhibit | Description | Sealing Treatment |
|---|---|---|
| 91 | Correspondence Regarding Development of Mortality Study | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential actuarial assumptions. |
| 94 | Presentation Regarding Mortality Experience Monitoring and Assumption Development | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential actuarial assumptions. |
| 95 | Excerpts of Transcript of Deposition of Courtney O'Connor | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential pricing parameters and product management practices. |
| 96 | Excerpts of Transcript of Deposition of P.J. Beltramini | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential pricing parameters and product management practices. |
| 97 | Memorandum Regarding John Hancock Business Strategy | The Exhibit is sealed in its entirety because it contains discussion of confidential, non-public business strategy. |
| 99 | John Hancock Life Insurance Product Pricing Memorandum | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential pricing parameters, projections, and analysis of product performance and profitability. |
| 100, 101 | Correspondence and Attached Presentation Regarding John Hancock Business Strategy | The Exhibits are sealed in their entirety because they contain discussion of confidential, non-public business strategy. |
| 102 | Presentation Regarding John Hancock Business Strategy | The Exhibit is sealed in its entirety because it contains discussion of confidential, non-public business strategy. |

| LeQuang Decl. Exhibit | Description | Sealing Treatment |
|---|---|---|
| 103 | Presentation Regarding John Hancock Business Strategy | The Exhibit is sealed in its entirety because it contains discussion of confidential, non-public business strategy. |
| 104 | Presentation Regarding John Hancock Business Strategy and Contemplated Strategic Initiatives | The Exhibit is sealed in its entirety because it contains discussion of confidential, non-public business strategy. |
| 105 | Presentation Regarding John Hancock Business Strategy and Contemplated Strategic Initiatives | The Exhibit is sealed in its entirety because it contains discussion of confidential, non-public business strategy. |
| 108 | Excerpts of Transcript of Deposition of Helene Pouliot | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential product pricing and management practices. |
| 109 | Presentation Regarding John Hancock Business Strategy and Contemplated Strategic Initiatives | The Exhibit is sealed in its entirety because it contains discussion of confidential, non-public business strategy. |
| 111 | Excerpts of Transcript of July 6, 2022 Deposition of Larry Stern | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential pricing parameters and analysis of product performance and profitability. |
| 112 | Excerpts of Transcript of July 7, 2022 Deposition of Larry Stern | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential pricing parameters and analysis of product performance and profitability. |
| 114 | Proprietary John Hancock Mortality Study | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential actuarial assumptions. |

| LeQuang Decl. Exhibit | Description | Sealing Treatment |
|---|---|---|
| 115 | Proprietary John Hancock Mortality Study | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential actuarial assumptions. |
| 116 | Excerpts of Transcript of Deposition of Bruce Winterhof | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential pricing parameters, analysis of product performance and profitability, and contemplated strategic initiatives. |
| 117 | Confidential Third-Party Report | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential pricing parameters, analysis of product performance and profitability, and contemplated strategic initiatives. |
| 118 | John Hancock Life Insurance Product Pricing Memorandum | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential pricing parameters, projections, and analysis of product performance and profitability. |
| 119 | John Hancock Life Insurance Product Pricing Memorandum | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential pricing parameters, projections, and analysis of product performance and profitability. |
| 122 | Proprietary John Hancock Mortality Study | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential actuarial assumptions. |
| 123 | Proprietary John Hancock Mortality Study | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential actuarial assumptions. |
| 124 | Presentation Regarding Cost of Insurance Rate Redetermination | Exhibit is sealed in its entirety because it contains discussion of proprietary and |

| LeQuang Decl. Exhibit | Description | Sealing Treatment |
|---|---|---|
|  |  | confidential pricing parameters, projections, and analysis of product performance and profitability. |
| 125 | John Hancock Life Insurance Product Pricing Document | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential pricing parameters, projections, and analysis of product performance and profitability. |
| 126 | Proprietary John Hancock Mortality Memorandum | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential actuarial assumptions. |
| 127 | Correspondence Regarding Pricing of John Hancock Life Insurance Product | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential pricing parameters, projections, and analysis of product performance and profitability. |
| 129 | Correspondence Regarding Cost of Insurance Rate Redetermination | Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential pricing parameters, projections, and analysis of product performance and profitability. |
| 130 | Correspondence Regarding Cost of Insurance Rate Redetermination, Contemplated Strategic Initiatives | Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential pricing parameters, projections, and analysis of product performance and profitability, and contemplated strategic initiatives. |
| 131 | Excerpts of Transcript of Deposition of Naveed Irshad | The Exhibit is sealed in its entirety because it contains discussion of contemplated strategic initiatives. |
| 132 | Redacted Portions of Excerpts of Transcript of November 18, 2021 Deposition of Zahir Bhanji | Redactions to the Exhibit are approved because it contains discussion of proprietary and confidential product pricing and management practices. |

| LeQuang Decl. Exhibit | Description | Sealing Treatment |
|---|---|---|
| N/A | Redacted Portions of Oppositions to John Hancock's Motions *in Limine* Nos. 1-11 that Refer to and/or Summarize Sealed Exhibits to the LeQuang Declaration | Redactions to references and/or summaries in Plaintiffs' Oppositions to John Hancock's Motions *in Limine* Nos. 1-11 to the Exhibits to the LeQuang Declaration that are the subject of this Motion are approved. |
| N/A | Redacted Portions of Plaintiffs' Pretrial Memorandum that Refer to and/or Summarize Sealed Exhibits to the LeQuang Declaration | Redactions to references and/or summaries in Plaintiffs' Pretrial Memorandum to the Exhibits to the LeQuang Declaration that are the subject of this Motion are approved. |

**EXHIBIT 2**

| Krebs Decl. Exhibit | Description | Sealing Treatment |
|---|---|---|
| 8 | Confidential Submission to State Insurance Regulator Concerning New Product Issuance | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential pricing parameters. |
| 12 | John Hancock Life Insurance Product Pricing Memorandum | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential pricing parameters, projections, and analysis of product performance and profitability. |
| 13 | Redacted Portions of Excerpts of Transcript of December 9, 2020 Deposition of Stephen O'Brien | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential pricing parameters. |
| 14 | Correspondence Regarding Pricing of John Hancock Life Insurance Produce | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential pricing parameters, projections, and analysis of product performance and profitability. |
| 15 | John Hancock Life Insurance Product Pricing Memorandum | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential pricing parameters, projections, and analysis of product performance and profitability. |
| 16 | John Hancock Life Insurance Product Pricing Memorandum | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential pricing parameters, projections, and analysis of product performance and profitability. |
| 17 | John Hancock Life Insurance Product Pricing Memorandum | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential pricing parameters, projections, and analysis of product performance and profitability. |

| Krebs Decl. Exhibit | Description | Sealing Treatment |
|---|---|---|
| 18 | John Hancock Life Insurance Product Pricing Memorandum | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential pricing parameters, projections, and analysis of product performance and profitability. |
| 19 | Proprietary John Hancock Mortality Study | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential actuarial assumptions. |
| 20 | John Hancock Life Insurance Product Pricing Memorandum | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential pricing parameters, projections, and analysis of product performance and profitability. |
| 21 | Proprietary John Hancock Mortality Study | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential actuarial assumptions. |
| 22 | Correspondence Regarding Development of Mortality Study | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential actuarial assumptions. |
| 23 | John Hancock Life Insurance Product Pricing Documentation | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential pricing parameters, projections, and analysis of product performance and profitability. |
| 24 | Correspondence Regarding John Hancock Life Insurance Product Pricing | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential pricing parameters, projections, and analysis of product performance and profitability. |
| 25 | John Hancock Life Insurance Product Pricing Memorandum | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential pricing |

| Krebs Decl. Exhibit | Description | Sealing Treatment |
|---|---|---|
| | | parameters, projections, and analysis of product performance and profitability. |
| 26 | Correspondence Regarding John Hancock Life Insurance Product Pricing | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential pricing parameters, projections, and analysis of product performance and profitability. |
| 27 | Correspondence Regarding John Hancock Life Insurance Product Pricing | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential pricing parameters, projections, and analysis of product performance and profitability. |
| 28 | Correspondence Regarding John Hancock Life Insurance Product Pricing | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential pricing parameters, projections, and analysis of product performance and profitability. |
| 29 | Correspondence Regarding John Hancock Life Insurance Product Pricing | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential pricing parameters, projections, and analysis of product performance and profitability. |
| 33 | John Hancock Life Insurance Product Pricing Documentation | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential pricing parameters, projections, and analysis of product performance and profitability. |
| 34 | Presentation Regarding John Hancock Financial Performance and Business Strategy | The Exhibit is sealed in its entirety because it contains discussion of confidential, non-public financial performance and business strategy. |
| 35 | Presentation Regarding John Hancock Product Pricing and Business Strategy | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential pricing parameters, projections, and analysis of product performance and profitability, |

| Krebs Decl. Exhibit | Description | Sealing Treatment |
|---|---|---|
| | | and confidential, non-public financial performance and business strategy. |
| 38 | Correspondence Regarding Product Management Practices | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential product pricing and management practices. |
| 39 | Presentation Regarding Product Management Practices | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential product pricing and management practices. |
| 40 | Correspondence Regarding Product Management Practices | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential product pricing and management practices. |
| 41 | Correspondence and Attached Presentation Regarding Product Management Practices | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential product pricing and management practices. |
| 42 | Correspondence Regarding Product Management Practices | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential product pricing and management practices. |
| 43 | Memorandum Regarding John Hancock Business Strategy | The Exhibit is sealed in its entirety because it contains discussion of confidential, non-public business strategy. |
| 44 | Presentation Regarding John Hancock Business Strategy | The Exhibit is sealed in its entirety because it contains discussion of confidential, non-public business strategy. |
| 45 | Correspondence Regarding John Hancock Business Strategy | The Exhibit is sealed in its entirety because it contains discussion of confidential, non-public business strategy. |

| Krebs Decl. Exhibit | Description | Sealing Treatment |
|---|---|---|
| 46 | Presentation Regarding John Hancock Business Strategy | The Exhibit is sealed in its entirety because it contains discussion of confidential, non-public business strategy. |
| 47 | Presentation Regarding John Hancock Business Strategy and Contemplated Strategic Initiatives | The Exhibit is sealed in its entirety because it contains discussion of confidential, non-public business strategy and contemplated strategic initiatives. |
| 48 | Presentation Regarding John Hancock Business Strategy and Contemplated Strategic Initiatives | The Exhibit is sealed in its entirety because it contains discussion of confidential, non-public business strategy  and contemplated strategic initiatives. |
| 49 | Presentation Regarding John Hancock Business Strategy | The Exhibit is sealed in its entirety because it contains discussion of confidential, non-public business strategy. |
| 50 | Redacted Portions of Excerpts of Transcripts of November 9, 2021 Deposition of Faisel Gulamhussein | Redactions to the Exhibit are approved because it contains discussion of proprietary and confidential pricing parameters and product management practices. |
| 51 | Redacted Portions of Excerpts of Transcripts of November 16, 2021 Deposition of Zahir Bhanji | Redactions to the Exhibit are approved because it contains discussion of proprietary and confidential pricing parameters and product management practices. |
| 52 | Confidential Submission to State Insurance Regulator Regarding Cost of Insurance Rate Redetermination | Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential pricing parameters, projections, and analysis of product performance and profitability. |
| 53 | Presentation Regarding Product Performance and Management Practices | Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential pricing parameters, |

| Krebs Decl. Exhibit | Description | Sealing Treatment |
|---|---|---|
| | | projections, analysis of product performance and profitability, and product management practices. |
| 54 | Presentation Regarding Mortality Experience Monitoring and Assumption Development | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential actuarial assumptions. |
| 55 | Redacted Portions of Excerpts of Transcript of October 23, 2020 Deposition of Naveed Irshad | Redactions to the Exhibit are approved because it contains discussion of proprietary and confidential pricing parameters and product management practices and disputes with policyholders. |
| 56, 57 | Correspondence Regarding Product Management and Attached Spreadsheet | The Exhibits are sealed in their entirety because they contain discussion of proprietary and confidential product management practices. |
| 58 | John Hancock Life Insurance Product Pricing Document | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential pricing parameters, projections, and analysis of product performance and profitability. |
| 59 | Third-Party Presentation Regarding John Hancock Business Strategy | The Exhibit is sealed in its entirety because it contains discussion of confidential, non-public business strategy. |
| 60 | Confidential Notes Documenting Telephone Conference | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential pricing parameters, projections, and analysis of product performance and profitability. |
| 61 | Redacted Portions of Excerpts of Transcript of Deposition of Helene Pouliot | Redactions to the Exhibit are approved because it contains discussion of proprietary and confidential pricing parameters and product management practices. |

| Krebs Decl. Exhibit | Description | Sealing Treatment |
|---|---|---|
| 62 | Presentation Regarding Product Performance and Management Practices | Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential pricing parameters, projections, and product management practices. |
| 63 | Correspondence Regarding John Hancock Life Insurance Product Pricing | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential pricing parameters, projections, and analysis of product performance and profitability. |
| 64 | Correspondence Regarding Cost of Insurance Rate Redetermination | Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential pricing parameters, projections, and analysis of product performance and profitability. |
| 65 | Correspondence Regarding Cost of Insurance Rate Redetermination, Contemplated Strategic Initiatives | Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential pricing parameters, projections, and analysis of product performance and profitability, and contemplated strategic initiatives. |
| 66 | Proprietary John Hancock Mortality Study | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential actuarial assumptions. |
| 68 | Confidential Regulatory Submission Regarding Product Management Practices | Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential product management practices. |
| 69 | Proprietary John Hancock Mortality Study | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential actuarial assumptions. |
| 70 | Confidential Regulatory Submission Regarding Product Management Practices | Exhibit is sealed in its entirety because it contains discussion of proprietary and |

| Krebs Decl. Exhibit | Description | Sealing Treatment |
|---|---|---|
| | | confidential product management practices. |
| 71 | Document Analyzing Reserve Changes | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential information regarding financial performance and product management practices. |
| 72 | Proprietary John Hancock Mortality Study | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential actuarial assumptions. |
| 73 | Presentations Regarding Proprietary Mortality Experience and Assumption Development | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential actuarial assumptions. |
| 74 | Redacted Portions of Excerpts of Transcript of November 18, 2021 Deposition of Zahir Bhanji | Redactions to the Exhibit are approved because it contains discussion of proprietary and confidential pricing parameters and product management practices. |
| 75 | Redacted Portions of Excerpts of Transcript of October 26, 2021 Deposition of P.J. Beltramini | Redactions to the Exhibit are approved because it contains discussion of proprietary and confidential pricing parameters and product management practices. |
| 76 | Redacted Portions of Excerpts of Transcript of March 17, 2021 Deposition of Courtney O'Connor | Redactions to the Exhibit are approved because it contains discussion of proprietary and confidential pricing parameters and product management practices. |
| 77 | John Hancock Experience Monitoring Guidelines | Redactions to the Exhibit are approved because it contains discussion of proprietary and confidential experience monitoring and assumption development guidelines. |

| Krebs Decl. Exhibit | Description | Sealing Treatment |
|---|---|---|
| 78 | Presentation Analyzing Reserve Changes | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential information regarding financial performance and product management practices. |
| 79 | Document Containing Proprietary Experience Data | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential experience data. |
| 80 | Confidential Third-Party Report | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential pricing parameters, analysis of product performance and profitability, and contemplated strategic initiatives. |
| 81 | Confidential Third-Party Report | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential pricing parameters, analysis of product performance and profitability, and contemplated strategic initiatives. |
| 83 | Document Including Proprietary Analysis Related to Cost of Insurance Rate Redetermination | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential pricing parameters, analysis of product performance and profitability. |
| 84 | Confidential Correspondence Between John Hancock and State Insurance Regulator | Redactions to the Exhibit are approved because it contains discussion of proprietary and confidential pricing parameters and product management practices. |
| 85 | Confidential Correspondence Between John Hancock and State Insurance Regulator | Redactions to the Exhibit are approved because it contains discussion of proprietary and confidential pricing parameters and product management practices. |

| Krebs Decl. Exhibit | Description | Sealing Treatment |
|---|---|---|
| 86 | Document Including Proprietary Analysis Related to Cost of Insurance Rate Redetermination | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential pricing parameters, analysis of product performance and profitability. |
| 89 | Expert Report of Gregory V. Serio | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential pricing parameters and regulatory environment. |
| 90 | Confidential Correspondence Between John Hancock and State Insurance Regulator | Redactions to the Exhibit are approved because it contains discussion of proprietary and confidential pricing parameters and product management practices. |
| 92 | Confidential Draft Talking Points for Potential Discussion with State Insurance Regulator | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential pricing parameters, projections, and analysis of product performance and profitability. |
| 94 | Redacted Portions of Excerpts of Transcript of October 20, 2020 Deposition of Tony Teta | Redactions to the Exhibit are approved because it contains discussion of proprietary and confidential pricing parameters and product management practices. |
| 95 | Correspondence Regarding Cost of Insurance Rate Redetermination | Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential pricing parameters, projections, and analysis of product performance and profitability. |
| 96 | John Hancock Internal Policy Document | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential pricing parameters and product management practices. |
| 99 | Redacted Portions of Excerpts of Transcript of July 12, 2022 | Redactions to the Exhibit are approved because it contains discussion of |

| Krebs Decl. Exhibit | Description | Sealing Treatment |
|---|---|---|
| | Deposition of Timothy Pfeifer | proprietary and confidential pricing parameters and product management practices. |
| 103 | Correspondence Regarding Cost of Insurance Rate Redetermination | Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential product management practices. |
| 104 | Correspondence Regarding Cost of Insurance Rate Redetermination | Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential product management practices. |
| 105 | Correspondence Regarding Cost of Insurance Rate Redetermination | Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential product management practices. |
| 106 | Correspondence Regarding Cost of Insurance Rate Redetermination | Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential product management practices. |
| 107 | Correspondence Regarding Cost of Insurance Rate Redetermination | Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential product management practices. |
| 108 | Confidential Regulatory Submission Regarding Product Management Practices | Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential pricing parameters, profitability analysis, and product management practices. |
| 109 | Redacted Portions of Excerpts of Transcript of October 30, 2020 Deposition of Brooks Tingle | Redactions to the Exhibit are approved because it contains discussion of proprietary and confidential pricing parameters and product management practices. |
| 110 | Redacted Portions of Excerpts of Transcript of November 11, 2021 | Redactions to the Exhibit are approved because it contains discussion of |

| Krebs Decl. Exhibit | Description | Sealing Treatment |
|---|---|---|
| | Deposition of Faisel Gulamhussein | proprietary and confidential pricing parameters and product management practices. |
| 117 | Correspondence Regarding Cost of Insurance Rate Redetermination | Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential actuarial assumptions, pricing parameters, and product management practices. |
| 121 | Presentation Regarding Cost of Insurance Rate Redetermination | Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential actuarial assumptions, pricing parameters, and product management practices. |
| 122 | Presentation Regarding Cost of Insurance Rate Redetermination | Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential actuarial assumptions, pricing parameters, and product management practices. |
| 123 | Presentation Regarding Cost of Insurance Rate Redetermination | Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential actuarial assumptions, pricing parameters, and product management practices. |
| 127 | John Hancock Life Insurance Product Pricing and Management Document | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential pricing parameters, projections, and analysis of product performance and profitability. |
| 128 | Proprietary John Hancock Mortality Study | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential actuarial assumptions. |
| 129 | Memorandum Regarding Cost of Insurance Rate Redetermination | Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential product management practices. |

| Krebs Decl. Exhibit | Description | Sealing Treatment |
|---|---|---|
| 130 | Correspondence Regarding Product Management Practices | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential product pricing and management practices. |
| 131 | Proprietary John Hancock Mortality Study | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential actuarial assumptions. |
| 132 | Confidential Correspondence Between John Hancock and State Insurance Regulator | Redactions to the Exhibit are approved because it contains discussion of proprietary and confidential pricing parameters and product management practices. |
| 133 | Confidential Correspondence Regarding Conference with State Insurance Regulator | Redactions to the Exhibit are approved because it contains discussion of proprietary and confidential product management practices. |
| 134 | Presentation Regarding Proprietary John Hancock Mortality Experience and Assumption Development | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential actuarial assumptions. |
| 136 | Confidential Presentation Submitted to State Insurance Regulator | Redactions to the Exhibit are approved because it contains discussion of proprietary and confidential pricing parameters and product management practices. |
| 137 | Confidential Notes Documenting Telephone Conference | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential pricing parameters, projections, and analysis of product performance and profitability. |
| 139 | Proprietary Experience Study | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential actuarial assumptions. |

| Krebs Decl. Exhibit | Description | Sealing Treatment |
|---|---|---|
| 140 | Proprietary Experience Study | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential actuarial assumptions. |
| 145 | Confidential Presentation Submitted to State Insurance Regulator | Redactions to the Exhibit are approved because it contains discussion of proprietary and confidential pricing parameters and product management practices. |
| 149 | Confidential Submission to State Insurance Regulator Concerning New Product Issuance | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential pricing parameters. |
| 157 | Correspondence Regarding Product Management Practices | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential product pricing and management practices. |
| 158 | Correspondence Regarding Product Management Practices | The Exhibit is sealed in its entirety because it contains discussion of proprietary and confidential product pricing and management practices. |
| 159 | Redacted Portions of Excerpts of Transcript of June 24, 2022 Deposition of Gregory Serio | Redactions to the exhibit are approved because it contains discussion of proprietary and confidential pricing parameters and regulatory environment. |
| N/A | Redacted Portions of Plaintiffs' Opposition to John Hancock's Renewed Motion for Summary Judgment that Refer to and/or Summarize Sealed Exhibits to the Krebs Declaration | Redactions to references and/or summaries in Plaintiffs' Opposition to John Hancock's Renewed Motion for Summary Judgment to the Exhibits to the Krebs Declaration that are the subject of this Motion are approved. |
| N/A | Redacted Portions of Plaintiffs' Responses and Objections to John Hancock's Rule 56.1 Statement of Undisputed Material Facts that Refer to and/or Summarize Sealed Exhibits | Redactions to references and/or summaries in Plaintiffs' Responses and Objections to John Hancock's Rule 56.1 Statement of Undisputed Material Facts to the Exhibits to the Krebs Declaration |

| Krebs Decl. Exhibit | Description | Sealing Treatment |
|---|---|---|
| | to the Krebs Declaration | that are the subject of this Motion are approved. |
| N/A | Redacted Portions of Plaintiffs' Rule 56.1 Statement of Additional Material Facts in Opposition to John Hancock's Renewed Motion for Summary Judgment that Refer to and/or Summarize Sealed Exhibits to the Krebs Declaration | Redactions to references and/or summaries in Plaintiffs' Rule 56.1 Statement of Additional Material Facts in Opposition to John Hancock's Renewed Motion for Summary Judgment to the Exhibits to the Krebs Declaration that are the subject of this Motion are approved. |

**EXHIBIT 3**

| Stern Decl. Exhibit | Description | Sealing Treatment |
|---|---|---|
| 1 | Redacted Portions of Transcript of July 6 and July 7, 2022 Depositions of Larry Stern | Redactions to the Exhibit are approved because it contains discussion of proprietary and confidential pricing parameters and product management practices. |
| N/A | Redacted Portions of Plaintiffs' Opposition to John Hancock's Renewed Motion for Summary Judgment that Refer to and/or Summarize Sealed Exhibits to the Stern Declaration | Redactions to references and/or summaries in Plaintiffs' Opposition to John Hancock's Renewed Motion for Summary Judgment to the Exhibits to the Stern Declaration that are the subject of this Motion are approved. |
| N/A | Redacted Portions of Plaintiffs' Responses and Objections to John Hancock's Rule 56.1 Statement of Undisputed Material Facts that Refer to and/or Summarize Sealed Exhibits to the Stern Declaration | Redactions to references and/or summaries in Plaintiffs' Responses and Objections to John Hancock's Rule 56.1 Statement of Undisputed Material Facts to the Exhibits to the Stern Declaration that are the subject of this Motion are approved. |
| N/A | Redacted Portions of Plaintiffs' Rule 56.1 Statement of Additional Material Facts in Opposition to John Hancock's Renewed Motion for Summary Judgment that Refer to and/or Summarize Sealed Exhibits to the Stern Declaration | Redactions to references and/or summaries in Plaintiffs' Rule 56.1 Statement of Additional Material Facts in Opposition to John Hancock's Renewed Motion for Summary Judgment to the Exhibits to the Stern Declaration that are the subject of this Motion are approved. |