IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICOF II TRUST; VIDA LONGEVITY FUND, LP; WELLS FARGO BANK, NATIONAL ASSOCIATION, as securities intermediary for VICOF II TRUST and VIDA LONGEVITY FUND, LP; and PF PARTICIPATION FUNDING TRUST,<br><br>        Plaintiffs,<br><br>        v.<br><br>JOHN HANCOCK LIFE INSURANCE COMPANY OF NEW YORK,<br><br>        Defendant. | Index No. 19-cv-11093 (AKH) |
| VICOF II TRUST; VIDA LONGEVITY FUND, LP; LIFE ASSETS TRUST II S.A. DELAWARE TRUST; VIDAQUANT SUBFUND DELAWARE TRUST; VIDA INSURANCE FUND II SERIES INTERESTS OF THE SALI MULTI-SERIES FUND, LP; WELLS FARGO BANK, NATIONAL ASSOCIATION, as securities intermediary for VICOF II TRUST, VIDA LONGEVITY FUND, LP, LIFE ASSETS TRUST II S.A. DELAWARE TRUST, VIDAQUANT SUBFUND DELAWARE TRUST, and VIDA INSURANCE FUND II SERIES INTERESTS OF THE SALI MULTI-SERIES FUND, LP; DLP MASTER TRUST; DLP MASTER TRUST II; GWG DLP MASTER TRUST LIFE FUNDING TRUST; PF PARTICIPATION FUNDING TRUST; and PALM BEACH SETTLEMENT COMPANY,<br><br>        Plaintiffs,<br><br>        v.<br><br>JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.), | |

|  |
|---|
| Defendant. |
| EFG BANK AG, CAYMAN BRANCH; and WELLS FARGO BANK, NATIONAL ASSOCIATION, as securities intermediary for EFG BANK AG, CAYMAN BRANCH, |
| Plaintiffs, |
| v. |
| JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.), |
| Defendant. |

### ORDER GRANTING PLAINTIFFS' MOTION FOR CONTINUED SEALING OF EXHIBITS FILED IN SUPPORT OF JOHN HANCOCK'S OPPOSITIONS TO PLAINTIFFS' MOTIONS *IN LIMINE*

On March 9, 2023, pursuant to Rule 4.A and 4.B.ii of this Court's Individual Rules of Practice ("Rules"), Paragraph 10 of the Stipulated Confidentiality Agreement and Protective Order entered in the above-captioned case (ECF No. 34) ("Protective Order"), and applicable law, Plaintiffs in the above-captioned case moved the Court to authorize the sealing of exhibits to the Declaration of Matthew T. Martens ("Martens Declaration") filed in support of the Oppositions the Plaintiffs' Motions *in Limine* filed by Defendants John Hancock Life Insurance Company (U.S.A.) and John Hancock Life Insurance Company of New York (together, "John Hancock" or "Defendants").

For the reasons set forth in Plaintiffs' Motion and the accompanying Declaration of Stephen Kirkwood dated March 9, 2023, Declaration of Tobias Schmelz dated March 8, 2023, and Declaration of Dr. Tobias Tillmann dated March 8, 2023, submitted in support thereof, Plaintiffs' Motion for Continued Sealing of Exhibits Filed in Support of John Hancock's Oppositions to Plaintiffs' Motions *in Limine* is GRANTED.

**IT IS SO ORDERED.**
Dated: March 13, 2023

/s/ Alvin Hellerstein

HON. ALVIN K. HELLERSTEIN
U.S. DISTRICT COURT JUDGE

1